MARC J. SCHNEIDER, State Bar No. 214609  **JS-6**
mschneider@sycr.com
JENNIFER A. TRUSSO, State Bar No. 198579
jtrusso@sycr.com
STEVEN L RAM, State Bar No. 240769
sram@sycr.com
**STRADLING YOCCA CARLSON & RAUTH**
A Professional Corporation
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone: (949) 725-4000
Facsimile: (949) 725-4100

LIZA M. PERKINS-COHEN, State Bar No. 220528
lperkins-cohen@sycr.com
**STRADLING YOCCA CARLSON & RAUTH**
A Professional Corporation
12230 El Camino Real, Suite 130
San Diego, CA 92130-2090
Telephone: (858) 720-2150
Facsimile: (858) 720-2160

Attorneys For Plaintiff PIPELINE SOFTWARE, INC.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| PIPELINE SOFTWARE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> PRIMAVERA SYSTEMS, INC., and DOES 1 through 10, inclusive, <br><br> Defendants.. | ORDER OF DISMISSAL <br><br> CV 08-00515 JFW (CWx) |

For good cause appearing and pursuant to the stipulation of the parties, IT IS ORDERED that all claims in this action are dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41, and that each party shall bear its own attorneys' fees and costs.

DATED: March 19, 2008   BY: _____
Hon. John F. Walter
United States District Judge